# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

OCTAVIUS DAVIS,

    Plaintiff,

v.                              Case No:  6:19-cv-2408-Orl-78EJK

DENISE STADLER, JENNIFER GEST,
KACY KANG, ROBERT SWEET,
TIMOTHY O'BRIEN, KEVIN CARLIN,
and MERIDIAN SENIOR LIVING LLC,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion to Remand (Doc. 5) filed on January 2, 2020. United States Magistrate Judge Embry J. Kidd submitted a report recommending this Court grant the Motion. (Doc. 14 at 1).

After an independent *de novo* review of the record, and noting that no party filed an objection, this Court agrees with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 15, 2020 (Doc. 14), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Remand (Doc. 5) is **GRANTED**.

3. This case is **REMANDED** for further proceedings to the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida, No. 2019-CA-3318-16T-K.

4. The Clerk is directed to terminate all pending motions and close the case.

**DONE AND ORDERED** in Orlando, Florida on January 31, 2020.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

2